# LA REDDOLA LESTER
## & ASSOCIATES, LLP
### ATTORNEYS AT LAW

Steven M. Lester
Robert J. La Reddola •

Thomas E. Fogarty

•Also Admitted in CT

600 Old Country Road, Suite 224, Garden City, NY 11530
Tel: 516-357-0056  Fax: 516-357-0069
www.llalawfirm.com

Of Counsel:

Santo Golino •
Hollis B. Deleonardo
Brian W. Shaw

January 23, 2012

**Via Electronic Case Filing**
Hon. Sterling Johnson, Jr., U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:   Duffy et al. v. International Union of
Operating Engineers Local 14-14B et al.
Docket No. CV-08-3046 (SJ)**

Dear Judge Johnson:

We represent interested party Joseph Rizzuto, Jr., a member of Defendant Local 14-14B International Union of Operating Engineers, AFL-CIO ("Local 14") with reference to the above-captioned matter. As you are aware Mr. Rizzuto has filed a Notice of Intent to Appeal to this Court, pursuant to Paragraph VIIIC of the Consent Decree in this matter, the October 10, 2011 Decision and Order of the Honorable Steven C. Bennett, Esq., the court-appointed Hearing Officer for the Local 14. We propose the following briefing schedule:

Mr. Rizzuto's Brief to be served by February 27, 2012;

Respondent's Brief to be served by March 27, 2012;

Mr. Rizzuto's Reply Brief to be served by April 10, 2012; and

Fully briefed appeal to be filed via ECF by April 11, 2012.

Should the Court find this briefing schedule acceptable, please so Order this letter below.

Very truly yours,

Robert J. La Reddola
RJL:ker

SO ORDERED

_____
Hon. Sterling Johnson, Jr., U.S.D.J.

cc:   Joseph Rizzuto, Jr.
      Richard K. Hayes, Esq. (via ECF)
      James M. Steinberg, Esq. (via ECF)
      George A. Stamboulidis, Esq. (via ECF)