# Baker Hostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 26, 2012

Patrick T. Campbell
direct dial: 212.589.4643
pcampbell@bakerlaw.com

**BY ECF**

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Stamboulidis v. Rizzuto*, Disc. Pro. No. 11-0007 (Oct. 10, 2011)
   *Stamboulidis v. Troy*, Disc. Pro. No. 11-0012 (Jan. 13, 2012)

Dear Judge Johnson:

   We represent George A. Stamboulidis, Ethical Practices Attorney (the "EPA") of Local 14-14B of the International Union of Operating Engineers ("Local 14"), and the complainant in the above-referenced disciplinary proceedings conducted before Local 14's Hearing Officer, Steven C. Bennett. We write to respectfully submit for Your Honor's approval, with Messrs. Rizzuto and Troy's consent, modifications to the proposed briefing schedules for the appeals of these disciplinary proceedings filed with the Court on January 24, 2012:

*Stamboulidis v. Rizzuto*

- Mr. Rizzuto's moving brief due to be served by or on February 27, 2012;
- EPA's opposition brief due to be served by or on March 27, 2012; and
- Mr. Rizzuto's reply brief due to be served by or on April 10, 2012.

*Stamboulidis v. Troy*

- Mr. Troy's moving brief due to be served by or on March 5, 2012;
- EPA's opposition brief due to be served by or on April 3, 2012; and
- Mr. Troy's reply brief due to be served by or on April 17, 2012.

Respectfully submitted,

*/s/ Patrick Campbell*

Patrick T. Campbell

The Honorable Sterling Johnson, Jr.
January 26, 2012
Page 2

    cc:    Robert J. La Reddola, Esq.
           James M. Steinberg, Esq.
           Richard K. Hayes, AUSA
           (all by ECF)