**THE ETHICAL PRACTICES ATTORNEY – IUOE LOCAL 14-14B**
George A. Stamboulidis, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LOCAL 14-14B OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>             Defendant. | Civil Action No. 08-3046-SJ-JMA |
| GEORGE A. STAMBOULIDIS, Ethical Practices Attorney for Local 14-14B of the International Union of Operating Engineers,<br><br>             Appellee,<br>      v.<br><br>JOSEPH RIZZUTO, JR.,<br><br>             Appellant. | Disc. Pro. No. 11-0007 |

**DECLARATION OF GEORGE A. STAMBOULIDIS IN SUPPORT OF THE EPA'S OPPOSITION TO JOSEPH RIZZUTO, JR.'S APPEAL FROM THE DECISION AND ORDER OF THE HEARING OFFICER**

I, George A. Stamboulidis, hereby declare as follows:

I am the court-appointed Ethical Practices Attorney (the "EPA") of the International Union of Operating Engineers Local 14-14B ("Local 14"), and a partner in Baker & Hostetler

LLP.  I make this declaration to submit the following documents in support of the EPA's Opposition to Joseph Rizzuto, Jr.'s Appeal from the Decision and Order of the Hearing Officer.

Exhibit A is a copy of the March 16, 2010 Letter from George A. Stamboulidis to Joseph Rizzuto, Jr.;

Exhibits B1-B13 & B-Respondent's Exhibit are copies of the exhibits admitted into evidence at Mr. Rizzuto's September 15, 2011 Evidentiary Hearing (Exhibit B-Respondent's Exhibit is to be filed under seal by Mr. Rizzuto's counsel);

Exhibit C is a copy of the EPA's June 16, 2011 Statement of Disciplinary Charges against Mr. Rizzuto (without supporting Declaration and exhibits);

Exhibit D is a copy of Scheduling Order No. 1 issued by Local 14's Hearing Officer Steven C. Bennett on June 20, 2011;

Exhibit E is a copy of the June 24, 2011 Letter from Mr. Stamboulidis to Mr. Bennett;

Exhibit F is a copy of the July 7, 2011 Email from Mr. Rizzuto to Mr. Bennett;

Exhibit G is a copy of the September 12, 2011 Letter from Mr. Stamboulidis to Mr. Rizzuto;

Exhibit H is a copy of the September 13, 2011 Email from Mr. Rizzuto to Mr. Bennett;

Exhibit I is a copy of the September 27, 2011 Email from Mr. Rizzuto to Mr. Bennett; and

Exhibit J is a copy of the October 3, 2011 Email from Mr. Rizzuto to Mr. Bennett.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing statements made by me are true and correct.

| | |
|---|---|
| Dated: New York, New York<br>March 27, 2012 | THE ETHICAL PRACTICES ATTORNEY – LOCAL 14-14B |
| | BY: /s/ George A. Stamboulidis<br>George A. Stamboulidis<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: gstamboulidis@bakerlaw.com |

Of Counsel:

Lauren J. Resnick, Esq.
Email: lresnick@bakerlaw.com
Patrick T. Campbell, Esq.
Email: pcampbell@bakerlaw.com
Denise D. Vasel, Esq.
Email: dvasel@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for George A. Stamboulidis, Esq., Ethical Practices Attorney for Local 14-14B of the International Union of Operating Engineers*