**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>LOCAL 14-14B OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>           Defendant. | Civil Action No. 1:08-cv-03046-SJ-JMA<br><br>ECF Case |

## ORDER GRANTING PETITION TO REINSTATE
## IUOE LOCAL 14-14B ELECTIONS

On April 20, 2012, George A. Stamboulidis, Esq., the Ethical Practices Attorney (the "EPA") of Local 14-14B ("Local 14") of the International Union of Operating Engineers (the "IUOE"), filed a petition (Dkt No. 88, the "Petition") pursuant to Article IX of the July 25, 2008 Consent Decree and Judgment (Dkt No. 4) seeking entry of an order that elections in Local 14 shall be held. On April 23, 2012, the Court issued an order directing that objections to the Petition be filed on or before May 22, 2012. No objections to the Petition have been filed. Accordingly, for the reasons stated in the EPA's application, the Petition is hereby granted.

**SO ORDERED**

This ____ day of June, 2012.

SO ORDERED
on this 14 day of June, 2012

_S/ Sterling Johnson, Jr._
STERLING JOHNSON, JR., SENIOR U.S.D.J.

D+F